**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| RICHARD G. O'DELL and JANET O'DELL, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 03-3404-CV-S-GAF ) |
| SEARS, ROEBUCK AND CO., and REXON USA CORP., | ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, this matter is dismissed in its entirety with prejudice.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: April 21, 2005